No. 90–7006.   PHILLIPS *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 90–7009.   ALLEN *v.* DAVIS, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 90–7012.   MARTIN *v.* FARNAN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 90–7017.   MARYLAND *v.* JARVIS ET AL.   C. A. 4th Cir. Certiorari denied.

No. 90–7022.   ALEJOS-PEREZ ET AL. *v.* UNITED STATES. C. A. 4th Cir.   Certiorari denied.

No. 90–7032.   PAUL *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 90–7034.   ROLDAN-ZAPATA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 90–7044.   DELBRIDGE ET AL. *v.* NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES.   Super. Ct. N. J., App. Div. Certiorari denied.

No. 90–7045.   COHEN *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 90–7050.   PONCE *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–7055.   BROM *v.* MINNESOTA.   Sup. Ct. Minn.   Certiorari denied.

No. 90–7064.   DOGANIERE *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–7068.   SMITH *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 90–7079.   YBABEZ *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 90–7088.   ZANI *v.* WALDRON ET AL.   C. A. 5th Cir.   Certiorari denied.